## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew James St Pierre, | ) | Case No.: 1:09-cr-051 |
| | ) | |
| Defendant. | ) | |

_____

On October 27, 2009, Defendant made his initial appearance on a petition for revocation of pretrial release filed in the above-entitled action. AUSA Scott Schneider appeared on the Government's behalf. Assistant Federal Public Defender Orell Schmitz appeared on Defendant's behalf.

The Government moved for detention. After consulting with defense counsel, Defendant admitted to the violations of pretrial release alleged in the petition and consented to detention pending final disposition of this matter.

Accordingly, the court **REVOKES** Defendant's conditions of pretrial release and **FURTHER ORDERS** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 27th day of October, 2009.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge